UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-2628 (DSD/ECW)


Cory Nicholas Maish,

      Petitioner,

v.                                                                **ORDER**

United States of America,

      Respondent.


This matter is before the court upon the report and recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated February 18, 2021 (R&R). No objections to the R&R have been filed within the time period permitted.

Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.    The R&R [ECF No. 6] is adopted in its entirety; and

2.    This matter is dismissed without prejudice for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: March 16, 2021          s/ David S. Doty
                                      David S. Doty, Judge
                                      United States District Court